UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 10-60161-CIV-UNGARO

FRANK BULZONE,

    Plaintiff,

v.

AT&T MOBILITY LLC,

    Defendant.
_____/

## ORDER ON MOTION TO STAY

THIS CAUSE is before the Court upon the parties' Joint Motion to Stay Pending Decision of Multi-District Litigation Panel, filed on March 26, 2010. (D.E. 8.)

THE COURT has reviewed the Motion and the pertinent portions of the record and is otherwise fully advised in the premises. The Court previously granted Defendant an extension through April 12, 2010 to respond to the Complaint. (D.E. 7.) The Planning and Scheduling Conference is currently set for ~~April 19~~ April 16, 2010 and the Planning and Scheduling Report is currently due on April 2, 2010. (D.E. 4.) In the Motion, the parties argue that "[i]n light of the substantial likelihood that this case will be transferred in short order, the parties agree that engaging in pretrial proceedings in this Court would disserve the interests of judicial economy and unnecessarily waste the Court's and the parties' resources." (D.E. 4.) The Court will move the deadline for the Joint Scheduling Report to April 12, 2010. As a "ruling is imminent" from the MDL Panel which heard argument on March 25, 2010, the case will likely be transferred before these deadlines approach. The Court will not grant a stay because the matter might be transferred.

Accordingly, it is

ORDERED AND ADJUDGED that the Motion (D.E. 8) is GRANTED IN PART. The parties Joint Planning and Scheduling Report is due on or before April 12, 2010. However, if the MDL Panel orders this case conditionally transferred before the due date, the parties need not file the Report and the Planning and Scheduling Conference will be cancelled.

DONE AND ORDERED in Chambers, in Miami, Florida this 1st day of April, 2010.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record